# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PAUL HENRY, | ) |
|    Petitioner. | ) ) ) |
|         v. | ) 2:14-cr-00064-JDL ) 2:18-cv-00167-JDL |
| UNITED STATES OF AMERICA, | ) ) |
|    Respondent. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge, John C. Nivison, filed his Report and Recommended Decision on Paul Henry's Petition pursuant to 28 U.S.C.A. § 2255 (West 2018) (ECF No. 105) on October 26, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). Neither party filed an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 105) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2255

Petition (ECF No. 99)[1] is **DISMISSED**.  It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 3rd day of December, 2018.

                                                 **/s/ JON D. LEVY**
                                                 **U.S. DISTRICT JUDGE**

---

[1] Henry first filed an unsigned motion (ECF No. 99) and later filed a signed version of the same motion (ECF No. 101) pursuant to an order of this Court (ECF No. 100).